COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

 

                                           NO.
2-08-363-CV

 

SAMUEL
MICHAEL SCHILDKRAUT                                         APPELLANT

 

                                                      V.

 

JUDGE JENNIFER RYMELL, JUDGE JEFF WALKER,                       APPELLEES

SHERIFF LARRY FOWLER,
WILLIAM B. SHORT, JR., 

AND
SARAH BESHARA                                                                         

                                                                                                           

                                                   ----------

             FROM
THE 153RD DISTRICT COURT OF TARRANT COUNTY

                                                   ----------

                   MEMORANDUM
OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered appellant=s AMotion
To Withdrawal Above-Named Case.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

 

DELIVERED:  November 6, 2008











[1]See Tex. R. App. P. 47.4.